UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60978-CIV-COHN/SELTZER

JOSE J. SALAZAR,

    Plaintiff,

v.

HOME DYNAMICS MURANO, LLC,

    Defendant.
_____/

## ORDER GRANTING STIPULATED MOTION TO REMAND

**THIS CAUSE** is before the Court upon the parties' Stipulated Motion to Remand [DE 21]. Plaintiff initially filed this cause, based upon the Interstate Land Sales Full Disclosure Act, in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida. Thereafter, Defendant filed its Notice of Removal by which it sough to remove the lawsuit to this Court, pursuant to the jurisdictional provisions of 28 U.S.C. §1331, Plaintiff's claim being based upon federal statute.

However, 15 U.S.C. §1719, a statute that provides specifically for jurisdiction of claims arising under the Interstate Land Sales Full Disclosure Act, provides that no case arising under that Act that is brought in a state court shall thereafter be removed to any court of the United States unless the United States or an officer or employee of the United States in his official capacity is a party. The Court being thus advised, and upon review of Plaintiff's claim, the Stipulated Motion, and the applicable legal standards, it is hereby

**ORDERED AND ADJUDGED** that the parties' Motion to Remand is **GRANTED**.

This cause shall be **REMANDED** to the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of January, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record